IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BEATRICE BOYER, LARRY TRUDO,
BARBARA A. BRUCE, MICHAEL
COLLINS, BARB COLLINS, JOYCE DAVIS,          JUDGMENT IN A CIVIL CASE
MARDYNE DAVIS, MARK DILLEY,
MELINDA DILLEY, ELWYN ECKER,                   Case No.  14-cv-260-bbc
MARY ECKER, CAROL EVERETT, JAMES
GERRISH, RITA GERRISH, BILL
HAFFELE, TANYA HAFFELE, JEAN IRISH,
KENNETH R. IRISH, BRIAN N. JAMES,
MR. & MRS. JEIDY, JOANNE F. KIELER,
MR. KIELER, MR. & MRS. THERESA
KLEMA, DIANE KUMAN, MR. & MRS.
LARKIN, MR & MRS. DARLENE MAAHS,
DENISE K. FULLER, GLENN E.
MARSHALL, DAN MARTIN, MARY
MARTIN, DOUGLAS & MARIAN MILLER,
HOLLIE MOORE, WESLEY C. MORSE,
KATHRYN S. PETERS, PAMELA PETERS,
DONALD & EILEEN SCHIFFMAN, JOAN
SEDLMAYR, MARCIA STILWELL,
MICHAEL & CAROL STONER,
LAWRENCE TAFT, LOIS TIMMERMAN,
SUSAN HOLLENBECK, GORDON
TROWBRIDGE, MARY LOU
TROWBRIDGE, DON WALZ, MARY
WALZ, ARNOLD WELLS, ELAINE WELLS,
PAUL JACKLEY, RUTH JACKLEY,
ROBERT PETERSON, JEFFREY R.
MEZERA and JULIE MEZERA,

    Plaintiffs,

  v.

BNSF RAILWAY COMPANY,

    Defendant.

This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant BNSF Railway Corporation dismissing this case.

| s/ R.Plender, Deputy Clerk | 8/28/2014 |
| Peter Oppeneer, Clerk of Court | Date |