UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
_____

| | |
|---|---|
| Beatrice Boyer, et al. | Civil File No. 14-cv-260-slc |
| Plaintiffs, | **PLAINTIFFS' NOTICE** |
| v. | **OF APPEAL** |
| BNSF Railway Company, | |
| Defendant. | |

_____

Notice is hereby given that all Plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment and order dismissing Plaintiffs' claims entered in this action on the twenty-eighth day of August, 2014.


By: /s/ Christopher D. Stombaugh
Christopher D. Stombaugh
(WI Bar No. 1022065; IA Bar No. AT0007520; MN Bar No. 0253303)
The Keenan Law Firm
148 Nassau St. NW
Atlanta, GA 30303
Tel: (404)-523-2200
cstombaugh@keenanlawfirm.com

and

Paul N. Ford (87060)
Ford, Trout, & Cook
404 South Main Street
P.O. Box 1582
Jonesboro, AR 72403
Tel: (870) 935-5400
paul@protectingusall.com

**Attorneys for the Plaintiffs**

1

## Certificate of Service

I hereby certify that service of the above and foregoing was made by filing a copy electronically with the ECF/PACER filing system to the following:

Timothy R. Thornton (MN #109630)
Leah Ceee O. Boomman (MN #0389885)
**BRIGGS AND MORGAN, P.A.**
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2157
Telephone: (612) 977-8400
pvolk@briggs.com
lboomsma@briggs.com

and

Barry Deacon (75030)
Jason M. Milne (2005239)
**DEACON LAW FIRM, P.A.**
P.O. Box 3000
Jonesboro, Arkansas 72403
Telephone: (870) 336-9300
bdeacon@deaconlawfirm.com
jmilne@deaconlawfirm.com

By: Tiffany R. Wunderlin_____
       **Attorney for the Plaintiffs**