UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| Beatrice Boyer, et al., | Civil File No. 14-cv-260-slc |
| Plaintiffs, | |
| v. | **DEFENDANT'S NOTICE OF CROSS APPEAL** |
| BNSF Railway Company, | |
| Defendant. | |

---

Notice is hereby given that Defendant BNSF Railway Company cross appeals to the Seventh Circuit Court of Appeals from the final judgment and order (entered on August 28, 2014) denying BNSF's motion for sanctions.

Dated: October 3, 2014

**BRIGGS AND MORGAN, P.A.**

By:   *s/ Timothy R. Thornton*
   Timothy R. Thornton (WI #1032018)
   Jonathan P. Schmidt (MN #0329022)
   Leah Ceee O. Boomsma (MN #0389885)
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402-2157
(612) 977-8400

**Attorneys for BNSF Railway Company**

6611810v1